IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

FILED
APR 11 2017
Clerk, U.S District Court
District Of Montana
Great Falls

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A 1999 CHEVROLET SILVERADO PICK-UP TRUCK, BLUE AND SILVER IN COLOR, BEARING LICENSE PLATE 2-14397B, VIN #1GCGK29U5XE208396 REGISTERED TO ROBERT DAVID LINN JR. | MJ 17-17-GF-JTJ<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 11th day of April, 2017.

HON. JOHN T. JOHNSTON
U.S. Magistrate Judge